IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DOUGLAS, HAUN & HEIDEMANN, P.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ ) |
| K.W. BROCK DIRECTORIES, INC., d/b/a NAMES AND NUMBERS | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant K.W. Brock Directories, Inc., d/b/a Names and Numbers (hereinafter "Names & Numbers"), pursuant to 28 U.S.C. sections 1332, 1441, 1446, hereby gives Notice of the Removal of this action to this Court from the Circuit Court of Polk County, Missouri. As grounds for Removal, Defendant states as follows:

1. Plaintiff Douglas, Haun & Heidemann, P.C. filed its Petition on September 16, 2015, in the Circuit Court of Polk County, Missouri, styled <u>Douglas, Haun & Heidemann, P.C. v. K.W. Brock Directories, Inc. d/b/a Names and Numbers</u>, Case Number 15PO-CC00050 (the "Polk County action").

2. In its Petition, Plaintiff brings an action against Names & Numbers seeking damages for an alleged public disclosure of private facts by Names & Numbers.

3. As alleged in her Petition, Plaintiff Douglas, Haun & Heidemann, P.C. is incorporated in Missouri, has its principle place of business in Missouri and is therefore a citizen of the State of Missouri pursuant to 28 U.S.C. section 1332(c)(1).

4. Defendant Names & Numbers is incorporated in Kansas, has its principle place of business in Kansas and is therefore a citizen of the State of Kansas pursuant to 28 U.S.C. section 1332(c)(1).

5. Defendant Names & Numbers was first served with Plaintiff's Petition on or about September 21, 2015.

6. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

7. This case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, as amended, and therefore is one that may be removed pursuant to 28 U.S.C. § 1441, because the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

8. Removal to this Court is proper because the Circuit Court of Polk County, Missouri lies within the territorial jurisdiction of the United States District Court for the Western District of Missouri.

9. This Notice of Removal is filed within thirty (30) days after Defendant Names & Numbers was first served on September 21, 2015. *28 U.S.C. § 1446(b)(1)*.

10. Promptly upon filing of this Notice of Removal, Defendant Name & Numbers will give written notice to all adverse parties, as required by law, and will file a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court of Polk County, Missouri, as required by law.

11. Pursuant to 28 U.S.C. § 1446(a), attached hereto and marked as Exhibit 1 is a true and correct copy of all process, pleadings and orders relevant to the Court's jurisdiction that, as the date hereof, have been served upon Defendant Names & Numbers in the Polk County action.

Defendant Names & Numbers is obtaining and will provide the Court with a complete copy of all process, pleadings, and orders from the Polk County action.

12. Pursuant to the provisions of 28 U.S.C. § 1441(a) and other applicable statutes, all of which Defendant Names & Numbers has complied with, this cause is removable to the United States District Court for the Western District of Missouri.

**WHEREFORE**, Defendant K.W. Brock Directories, Inc., d/b/a Names and Numbers gives Notice of the Removal of the case filed in the Circuit Court of Polk County, Missouri, styled, <u>Douglas, Haun & Heidemann, P.C. v. K.W. Brock Directories, Inc. d/b/a Names and Numbers</u>, Case Number 2015-CV-15PO-CC00050 to the United States District Court for the Western District of Missouri.

Respectfully submitted,

**YERETSKY & MAHER, L.L.C.**

By: /s/ Christopher C. Confer
    Gregory F. Maher    MO#41285
    James M. Yeretsky    MO#30096
    Christopher C. Confer    MO#57260
P.O. Box 26035
Kansas City, Missouri 64196
Telephone: (816) 842-5566
Facsimile: (816) 842-3534
gmaher@ymllc.com
jyeretsky@ymllc.com
cconfer@ymllc.com
**ATTORNEYS FOR DEFENDANT
K.W. BROCK DIRECTORIES, INC. d/b/a
NAMES AND NUMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed by first class U.S. mail, postage prepaid, this 19th day of October, 2015, to:

Mr. Craig R. Heidemann
Mr. Nathan A. Duncan
Douglas, Haun & Heidemann
111 West Broadway
P.O. Box 117
Bolivar, Missouri 65613
Telephone: (417) 326-5261
Facsimilie: (417) 326-2845
craig@dhhlawfirm.com
jennifer@dhhlawfirm.com
**ATTORNEY FOR PLAINTIFF**

                                      /s/ Christopher C. Confer
                                      Christopher C. Confer

\S:\380\pldgs\pldgs\Notice of Removal - fed court.doc

4
Case 6:15-cv-03449-BP    Document 1    Filed 10/19/15    Page 4 of 4