IN THE CIRCUIT COURT OF POLK COUNTY, MISSOURI

DOUGLAS, HAUN & HEIDEMANN, P.C.,

    Plaintiff,

vs.

Case No. 15PO-CC00050

K.W. BROCK DIRECTORIES, INC., d/b/a
NAMES AND NUMBRS
Serve: Charles Gentry
      120 South National
      Suite 201
      Fort Scott, KS 66701

    Defendant.

## PETITION FOR PUBLIC DISCLOSURE OF PRIVATE FACTS

COMES NOW, Plaintiff, through counsel, and states and avers as follows:

1. Plaintiff Douglas, Haun & Heidemann, P.C. is a Professional Corporation incorporated and registered in the State of Missouri with its principal place of business located in Bolivar, Polk County, Missouri.

2. Defendant K.W. Brock Directories, Inc. d/b/a/ Names and Numbers (hereinafter "Names and Numbers") is a For-Profit Corporation incorporated in the State of Kansas. Defendant can be served through its registered agent Charles Gentry at 120 South National, Suite 201, Fort Scott, KS 66701.

3. This Court has subject matter jurisdiction pursuant to Section 478.070, RSMo.

4. This Court has personal jurisdiction over Defendant as Defendant conducts significant business in the State of Missouri through the publication of local phone books within Missouri.

5. Venue is proper in Polk County pursuant to Section 508.010, RSMo., as it is the county where Plaintiff was first injured by Defendant.

EXHIBIT A

6. Defendant Names and Numbers publishes local phone books throughout the State of Missouri.

7. As part of its 2015 publication on or around January 2015, Defendant Names and Numbers published a cell phone number belonging to Plaintiff in its directory as belonging to the business Computer Geeks located in Springfield, Missouri.

8. Plaintiff never agreed to have its unlisted phone number published in any of Defendant's phone books/directories.

9. The local phone book/directory is received by residential addresses in Springfield, Missouri and the surrounding rural areas.

10. The cell phone number for Plaintiff and the business phone number for Computer Geeks both end in 4335.

11. The cell phone number belonging to Plaintiff is an unlisted number.

12. As a result of Defendant's publication, Plaintiff receives and has received three to four phone calls a day for Computer Geeks.

13. Upon receipt of such calls, Plaintiff informs the caller that they have reached the wrong number and informs the caller of the correct phone number for Computer Geeks which is 417.889.4335.

14. Such calls last as long as several minutes.

15. Such calls cause continual interruption to Plaintiff's business.

16. The unlisted phone number of Plaintiff is a private matter of which the public has no legitimate concern or interest.

17. Plaintiff has informed Defendant of the publication of its cell phone number through communication with its customer service department.

18. Defendant has failed to correct such publication in its local phone book.

19. As a result, Plaintiff has incurred damages, including loss of business expectation interest and phone charges. At a rate of $60 per call, 4 times per day, daily damages incurred by Plaintiff are $240 per day. Plaintiff has received these calls since January 2015 and approximates its damages on the date of the filing of this Petition as $61,200.

20. Plaintiff has also suffered loss of privacy due to the publication of its unlisted number and the embarrassment and humiliation of having to explain to multiple callers three to four times a day that the callers did dial the number they intended to dial, but that that number does not belong to Computer Geeks.

21. The actions of Defendant in failing to correct the publication of Plaintiff's unlisted cell phone number after Plaintiff gave notice to Defendant, constitute willful and wanton acts on the part of Defendant, warranting punitive damages.

**WHEREFORE**, Plaintiff prays this Court enter its order directing Defendant to remove Plaintiff's unlisted cell phone number from its directories, for actual damages in the amount of $61,200 continuing at a rate of $60 per day subsequent to the filing of this Petition, for punitive damages in an amount that is fair and reasonable, and for such other relief as the Court deems just and proper.

DOUGLAS, HAUN & HEIDEMANN, P.C.
111 West Broadway, P.O. Box 117
Bolivar, Missouri 65613
Telephone: (417) 326-5261
Facsimile: (417) 326-2845
craig@dhhlawfirm.com
jenniferf@dhhlawfirm.com

By _____
Craig R. Heidemann
Missouri Bar no. 42778
Nathan A. Duncan
Missouri Bar No. 60186
Attorneys for Plaintiff

DHH No. 50-552